Henry Jorns, appellee, v. John Schroeder, appellant. Gen. No. 24,210.

Attachment based on claim of fraudulent conveyance and fraudulent concealment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918.

Reversed with a finding of fact. Opinion filed March 12, 1919. Rehearing denied March 25, 1919.

C. J. Waring, for appellant. Rathje, Lawlor & Connor, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.